## Commonwealth *v.* Joyce, Appellant.

Argued October 4, 1935.  Before FRAZER, C. J., KEP-
HART, SCHAFFER, MAXEY, DREW, LINN and BARNES, JJ.

508

*M. E. Evashwick,* for appellant.

*James Nugent, Sr.,* for appellee.

PER CURIAM, November 25, 1935:

Examination of the record in this case fully sustains the conclusion reached by the lower court. The judgment of ouster of appellant from the office of township commissioner for the Sixth Ward of the Township of North Versailles, Allegheny County, is affirmed on the opinion of Judge ELDER W. MARSHALL. Costs to be paid by appellant.